AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

Roberto Rodriquez

APPEARANCE

CASE NUMBER: 1:08MJ22A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Roberto Rodriquez

I certify that I am admitted to practice in this court.

2-14-08
*Date*

[signature]
*Signature*


Scott A. Lutes #3502
*Print Name* *Bar Number*

1 Turks Head Place, Suite
*Address*

Providence RI 02903
*City* *State* *Zip Code*

861-1142 861-1141
*Phone Number* *Fax Number*


This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.