RECEIVED
U.S. MARSHALS SERVICE
FEB 0 8 2008
District of Rhode Island

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

ROBERTO RODRIGUEZ
132 Wallaston Street, Cranston, RI

## WARRANT FOR ARREST

Case Number: 1:08-MJ-22A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERTO RODRIGUEZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

knowingly and intentionally possessed more than 5 grams of cocaine base

in violation of Title 21 United States Code, Section(s) 844

LINCOLN D. ALMOND
Name of Issuing Officer

Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

2/8/08 Providence RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ACI on Writ

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/08/08 | CJ Wyant SDUSM | |
| DATE OF ARREST 02/14/08 | | |